**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES, | : | |
| | : | |
| v. | : | CASE NO.: 7:21-cr-00027 (WLS) |
| | : | |
| DEMARQUES L. BARTEE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Response to the Court Order Regarding Status of the case. (Doc. 26.) Therein, Defense Counsel and Counsel for the Government inform the Court that they anticipate a resolution of this case without the necessity for a trial. Specifically, Defense Counsel stipulates that a plea agreement was received on September 21, 2021 and that Defense Counsel intends to meet with Defendant on September 27, 2021 to confer. (*Id.*) The Parties also asked that if the case is not resolved via a change of plea that a pretrial conference be set for the November trial term. (*Id.*)

In order to maintain a complete and accurate record of the proceedings, Counsel for Defendant is hereby **ORDERED** to file a request for a change of plea conference or a pretrial conference on the record after conferring with the Defendant on September 27, 2021.

**SO ORDERED**, this ___28th___ day of September 2021.

**/s/ W. Louis Sands**

**W. LOUIS SANDS, SR. JUDGE**

**UNITED STATES DISTRICT COURT**

1